UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: CASE NO.: 14-36850-KLP
CHAPTER 7

James C. Adams,

   Debtor,

Sharon L. Adams
*aka* Sharon Charlton Adams,

   Joint Debtor.

_____/

### ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS

This cause came on BANK OF AMERICA, N.A.'s Motion to Restrict Public Access to Sensitive Case Information (the "Motion"); due and proper notice of the Motion having been given to Debtors and all other parties entitled thereto; and the Court being otherwise fully advised in the premises:

**NOW, THEREFORE, IT IS HEREBY ORDERED that:**

1. The Motion is hereby granted;

2. The Clerk of the Court shall immediately restrict public access to Proof of Claim 11-1 filed on April 7, 2015 by BANK OF AMERICA, N.A. in a manner that renders the Proof of Claim inaccessible to the general public; and

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA  23452
757-498-9600
Counsel for BANK OF AMERICA, N.A.

3. BANK OF AMERICA, N.A. is permitted to file an Amended Proof of Claim consistent with Federal Rule of Bankruptcy Procedure 9037 within twenty-one (21) days from the date of the entry of this Order.

ENTER: Dec 21 2016

/s/ Keith L. Phillips
_____
Judge

Entered on Docket: Dec 22 2016

I ask for this:

/s/ Sara A. John
Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
Counsel for BANK OF AMERICA, N.A.

Certificate of Endorsement

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.

**PARTIES TO RECEIVE COPIES**

Pia J. North
5913 Harbour Park Drive
Midlothian, VA 23112

James C. Adams
8867 Emerald Dunes Circle
Chesterfield, VA 23832

Sharon L. Adams
8867 Emerald Dunes Circle
Chesterfield, VA 23832

Harry Shaia, Jr
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294